```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 41474
   RACHAELL A CARTER
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-4450

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/09/2004 and was confirmed 12/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
OHIO SAVINGS BANK          CURRENT MORTG         .00           .00           .00
OHIO SAVINGS BANK          MORTGAGE ARRE     5773.33           .00       5773.33
ROBERT J ADAMS & ASSOC     PRIORITY         NOT FILED          .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00           .00
FIRST CONSUMERS NB         UNSECURED         2149.31           .00        214.93
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED         1696.28           .00        169.63
ROUNDUP FUNDING LLC        UNSECURED         2890.56           .00        289.06
HOUSEHOLD FINANCE          UNSECURED        NOT FILED          .00           .00
NICOR GAS                  UNSECURED        NOT FILED          .00           .00
RESURGENT ACQUISITION LL   UNSECURED         2601.10           .00        260.11
NCM TRUST                  UNSECURED         1096.14           .00        109.61
PREMIER BANCARD CHARTER    UNSECURED          511.89           .00         51.19
ROBERT J ADAMS & ASSOC     REIMBURSEMENT      210.00           .00        210.00
FORD MOTOR CREDIT          UNSECURED         8463.38           .00        846.34
ROUNDUP FUNDING LLC        UNSECURED          310.00           .00         31.00
CAPITAL ONE                UNSECURED          126.00           .00         12.60
AT & T WIRELESS            UNSECURED          846.00           .00         84.60
ROBERT J ADAMS & ASSOC     DEBTOR ATTY       2,515.00                    2,515.00
TOM VAUGHN                 TRUSTEE                                         660.68
DEBTOR REFUND              REFUND                                          255.92

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  11,484.00

PRIORITY                                          210.00
SECURED                                         5,773.33
UNSECURED                                       2,069.07

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 41474 RACHAELL A CARTER
```

```
ADMINISTRATIVE                                          2,515.00
TRUSTEE COMPENSATION                                      660.68
DEBTOR REFUND                                             255.92
                                   ---------------   ---------------
TOTALS                                  11,484.00         11,484.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/20/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE